UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY DAVIS DEWITT MORGAN,<br><br>Petitioner,<br><br>v.<br><br>T. JUSINO,<br><br>Respondent. | No. 2:20-cv-0603 CKD P<br><br><br><br>ORDER |

Petitioner, a federal prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By order filed June 18, 2020, petitioner was given the option of (1) recharacterizing his § 2241 petition as a motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255 or (2) withdrawing the § 2241 petition so that he could bring all of his claims for relief in a single § 2255 motion in his criminal case. (ECF No. 17.) Petitioner now moves to withdraw his § 2241 petition in order to pursue relief through a § 2255 motion filed in his criminal case. (ECF No. 18.)

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to amend (ECF No. 14) is denied as moot.

2. Petitioner's motion to withdraw his § 2241 petition (ECF No. 18) is granted.

////

////

1

3. The petition is dismissed without prejudice to petitioner pursuing his claims in a § 2255 motion in his underlying criminal case, <u>United States v. Morgan</u>, No. 2:18-cr-0019 JAM (E.D. Cal.).

Dated: July 1, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:morg0603.withdraw

2